

1  Matthew R. Eason, Esq. (SBN 160148)
   Kyle K. Tambornini, Esq. (SBN 160538)
2  EASON & TAMBORNINI
   1819 K Street, Suite 200
3  Sacramento, CA 95814
   (916) 438-1819
4  (916) 438-1820

5  Attorneys for Creditors
   ROBERT LIVESEY, WILLIAM FAIRY,
6  MATTHEW DIEDEN, ANDREW ROBERTS,
   ROBERT SHATZKO
7

**The following constitutes
the order of the court. Signed January 21, 2013**

_Stephen Johnson_
Stephen L. Johnson
U.S. Bankruptcy Judge

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                       (San Jose)

11 | In re:                                         ) Case No. 2011-60405
12 | ZIA JAMAL NOORZOY and CECELIA A.               )
   | AUSTIN                                         )
13 |                                                )
   |     Debtors                                    ) Adv Proceeding No.: 12-05010 SLJ
14 | _____        )
                                                    )
15 | ROBERT LIVESEY, WILLIAM FAIRY,                 ) **JUDGMENT PURSUANT TO
   | MATTHEW DIEDEN, ANDREW ROBERTS,                ) STIPULATION**
16 | ROBERT SHATZKO                                 )
17 |                                                )
   |     Plaintiffs,                                )
18 |                                                )
   |     vs.                                        )
19 |                                                )
   | ZIA JAMAL NOORZOY                              )
20 |                                                )
   |     Defendant.                                 )
21 |                                                )
22 | _____        )

23     This adversary proceeding was brought to determine the nondischargeability of certain

24 debts, and the parties executed Stipulations to settle this proceeding and the corresponding State

25 Court Proceeding. Having read and considered the executed Stipulations for Entry of Judgment,

26 copies of which is attached and incorporated by reference, and good cause appearing,

27

28     IT IS HEREBY ORDERED as follows:

                                                 1

1. The Stipulations for Entry of Judgment are approved.

2. The debts owing to the Plaintiffs by the Defendant which are the subject of the stipulation in the action commonly known as Livesey v. Noorzoy, Monterey County Superior Court Action # M103812, are nondischargeable and shall not be discharged in this bankruptcy case.

3. Each of the Parties shall bear his own attorney's fees, costs and expenses incurred in this adversary proceeding.

* * * END OF ORDER * * *

APPROVED AS TO FORM

**Duffy & Guenther**

  /s/ Ralph P. Guenther
Ralph P. Guenther
Attorneys for Debtors/ Defendant